# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CARLOTTA A. GRANDSTAFF,**<br><br>Defendant. | Case No. 9:25-po-5100-KLD<br><br>Violation No: F5481299<br>Location Code: M2<br><br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this _21st_ day of November, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge